UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA YONG JUN, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | **ORDER** <br><br> 22 Civ. 5165 (ER) |

RAMOS, D.J.

On June 20, 2022, Joshua Yong Jun brought this action against Portfolio Recovery Associates, LLC ("Portfolio") and Equifax Information Services, LLC ("Equifax"). Doc. 1. The defendants were served on June 23, 2022. Docs. 8, 9. On July 13, 2022, the Court granted Equifax's request for an extension of time to respond to the Complaint from July 14, 2022 to August 15, 2022. Doc. 13. On July 18, 2022, the Court entered a notice of voluntary dismissal as to Portfolio. Doc. 15. Since then, no action has occurred in this case.

The parties are hereby directed to submit a joint status report by **October 14, 2022.**

It is SO ORDERED.

Dated: October 7, 2022
       New York, New York

_____
Edgardo Ramos, U.S.D.J.